An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

LEGAL INC., LLC,
                              Appellant,
                    vs.
WELLS FARGO BANK, N.A., AS
TRUSTEE, ON BEHALF OF THE
HOLDERS OF THE HARBORVIEW
MORTGAGE LOAN TRUST
MORTGAGE LOAN PASS-THROUGH
CERTIFICATES, SERIES 2006-12 A/K/A
WELLS FARGO BANK, NA., AS
TRUSTEE FOR HARBORVIEW
MORTGAGE LOAN TRUST 2006-12,
                              Respondent.

No. 65549

**FILED**

FEB 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

*ORDER GRANTING MOTION FOR REMAND
AND DISMISSING APPEAL*

The parties have filed a joint motion to dismiss this appeal and remand this matter to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). The motion is accompanied by an order of the district court certifying that upon remand it is inclined to "vacate its . . . Order granting the . . . motion to dismiss and enter an order denying the motion and thereby, allow litigation to continue" to allow the court to "consider the case in light of SFR v. US Bank."

Cause appearing, we grant the motion. Accordingly, we remand this matter to the district court pursuant to its certification, and we order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate the appeal should the district

15-04909

court decline to grant the relief requested.[1] Any such motion to reinstate the appeal shall be filed within 60 days of the district court's order declining to grant the requested relief. The parties' stipulations to extend the deadline for filing the opening brief and appendix or to suspend the briefing schedule in this appeal are denied as moot.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:     Hon. Ronald J. Israel, District Judge
        Alessi & Koenig, LLC
        Wright, Finlay & Zak, LLP/Las Vegas
        Eighth District Court Clerk

---

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings. *See* NRAP 3A.